UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OMAR RENRICK JONES, | Civil Action No. 15-4819 (MCA) |
| Petitioner, | |
| v. | ORDER |
| OSCAR AVILES, | |
| Respondent. | |

This matter having been opened to the Court by Petitioner's filing of a Petition for Writ of Habeas Corpus challenging his prolonged immigration detention pursuant to 28 U.S.C. § 2241 (ECF No. 1); and the Court having reviewed the submissions of Petitioner and Respondent, along with the record provided; and this matter being considered pursuant to Fed. R. Civ. P. 78;

**IT IS, THEREFORE,** on this _20_ day of _____, 2016,

**ORDERED** that the petition for a writ of habeas corpus (ECF Nos. 1) is **DENIED WITHOUT PREJUDICE** for the reasons stated in the Memorandum Opinion accompanying this Order; and it is further

**ORDERED** that Petitioner is free to file a <u>new petition</u> provided that he can show that there is no significant likelihood of his removal in the reasonably foreseeable future; and it is further

**ORDERED** that the Clerk shall send a copy of this Order to Petitioner, and shall close the case accordingly.

1

_____
Madeline Cox Arleo, District Judge
United States District Court